In the United States District Court
For the District of Kansas

| | | |
|---|---|---|
| Angela Reynolds, as Administrator of<br>The Estate of Craig J. McKinnis, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 15-cv-9130-JWL-JPO |
| | ) | |
| Unified Government of Wyandotte<br>County/Kansas City, Kansas, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| Phyllis Salazar, Individually, and<br>as the surviving spouse of<br>Craig J. McKinnis, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-cv-9895-JWL-JPO |
| | ) | |
| Unified Government of Wyandotte<br>County/Kansas City, Kansas, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

## Amended Notice of Deposition

**Please take notice** that Defendants will take the deposition of **Plaintiff Phyllis Salazar** on Tuesday, March 21, 2017, beginning at 9:30 a.m. before a shorthand reporter authorized to administer oaths in the State of Kansas. The deposition will be taken at the offices of Defendants' counsel, Legal Department, Municipal Office Building, 701 N. 7th Street, Suite 961, Kansas City, Kansas 66101.

s/Henry E. Couchman Jr.
Henry E. Couchman Jr. #12842
Susan Alig, #25158
Alyssa M. Sediqzad # 27258
Unified Government of Wyandotte
    County/Kansas City, ansas
Legal Department
Municipal Office Building
701 N. 7th Street, Ste. 961
Kansas City, Kansas 66101
(913) 573-5060
(913) 573-5243 (facsimile)
Email: hcouchman@wycokck.org
        saliq@wycokck.org
        asediqzad@wycokck.org
*Attorneys for Defendants Unified Government
of Wyandotte County/Kansas City, Kansas,
Kansas City, Kansas Police Department,
Officer Jeremy Shepard, Officer Andrew
Wilcox, Officer Abigail Fithian, Officer Lucas
Graves, Officer Kenneth Hickerson, Sergeant
Kathleen Hill, Sergeant Scott Ladish, Steven
Sheldon, Detective Scott Howard, Detective
Michael Warczakoski, and Chief of Police
Terry Zeigler*

## Certificate of Service

I certify that on March 13, 2017, I electronically filed this Amended Notice of
Deposition using the CM/ECF system, which will send a notice of electronic filing to the
following: R. Bruce Kips and Robert W. Manske, attorneys for Plaintiffs in Case No. 15-cv-
9130-JWL-JPO, Joseph M. Fridkin, attorney for Plaintiff Phyllis Salazar in Case No. 15-cv-
9895-JWL-JPO, and Michael T. Miller, Morgan L. Roach, and Sean P. McCauley,
attorneys for Defendant Walter Jones in Case Nos. 15-cv-9130-JWL-JPO and 15-cv-9895-
JWL-JPO.

s/Henry E. Couchman Jr.
Henry E. Couchman Jr.

2