IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**ANGELA REYNOLDS, as Administrator of**
**The Estate of Craig J. McKinnis, et al.,**

      Plaintiffs,

v.                                     Case No. 15-9130-JWL-JPO

**UNIFIED GOVERNMENT OF**
**WYANDOTTE COUNTY/KANSAS CITY, KANSAS,**
**et al.,**

      Defendants.

## JOINT MOTION TO APPROVE SETTLEMENT

COME NOW the Plaintiffs and Defendants, by and through their respective attorneys, and move the Court for an order approving the settlement agreement entered into by all parties in the instant matter. In support of this motion, the parties state as follows:

1. In May 22, 2014, Craig McKinnis died while being taken into custody by Kansas City, Kansas Police Officers.

2. On May 22, 2015, the Plaintiffs filed a lawsuit against the Defendants in the Wyandotte County District Court.

3. The Defendants removed the instant case to federal court, the Plaintiffs filed an Amended Complaint, and the Defendant filed their Answer.

4. After three years of litigation, the parties have reached a settlement of the instant matter.

5. The parties have entered into a Settlement Agreement which settles all issues pertaining to the instant matter, and request the Court to approve their settlement in order to resolve this

matter.

    6. The parties believe the Settlement Agreement is a fair and reasonable settlement of the instant matter, and request the Court to approve the same.

    7. A Petition For Appointment Of Conservator has been filed in the Wyandotte County District Court in Kansas City, Kansas, Case No. 2017-PR-000246, and the Wyandotte County District Court has appointed a conservator to oversee the proceeds to be paid to the minor child pursuant to the Settlement Agreement entered into by the parties.

    8. All Plaintiffs have executed Waivers of Notice Of Hearing, and wish the Court to proceed with a settlement hearing of this matter forthwith.

    9. Employment Agreements entered into between the Plaintiffs and their attorney, R. Bruce Kips, state that the Plaintiffs shall received 60% of the net proceeds of this settlement.

    WHEREFORE, the Plaintiffs and Defendants request the Court to approve the Settlement Agreement entered into by the parties, and the proposed allocation of the proceeds of the settlement to the Plaintiffs in the instant matter.

Respectfully submitted,

/s/ R. Bruce Kips

_____

R. Bruce Kips  
Kansas Bar No. 11584  
BMO Harris Bank Building  
6333 Long, Suite 380  
Shawnee, Kansas 66216  
(913) 962-9800  
E-mail: rkips@aol.com

Robert W. Manske  
Kansas Bar No. 07056  
336 East Park  
Olathe, Kansas 66061  
(913) 782-5212  
E-mail: bobmanske@planetkc.com

ATTORNEYS FOR ALL PLAINTIFFS

/s/ Henry E. Couchman, Jr.

_____

Henry E. Couchman, Jr.  
Kansas Bar No. 12842  
Jennifer L. Myers  
Kansas Bar No. 21199  
Unified Government of Wyandotte County/Kansas City, Kansas  
Legal Department  
Municipal Office Building  
701 North 7th Street, Suite 961  
Kansas City, Kansas 66101  
(913) 573-5060  
E-mail: hcouchman@wycokck.org  
           jmyers@wycokck.org

ATTORNEYS FOR ALL DEFENDANTS EXCEPT DEFENDANT WALTER JONES

/s/ Michael T. Miller
_____

Michael T. Miller
Kansas Bar No. 24353
Morgan L. Roach
Kansas Bar No. 23060
Sean P. McCauley
Kansas Bar No. 20174
McCauley & Roach, LLC
527 West 39th Street, Suite 200
Kansas City, Missouri 64111
(816) 523-1700
E-mail: mike@mccauleyroach.com
        morgan@mccauleyroach.com
        sean@mccauleyroach.com

ATTORNEYS FOR DEFENDANT
WALTER JONES

## CERTIFICATE OF SERVICE

This is to certify that on July 31, 2017, a true and correct copy of the above and foregoing Joint Motion To Approve Settlement was electronically filed with the Clerk of the District Court by using the CM/ECF system which will send notice of the electronic filing to all interested parties.

/s/ R. Bruce Kips
_____

R. Bruce Kips