IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANGELA REYNOLDS, as Administrator of
The Estate of Craig J. McKinnis, et al.,

           Plaintiffs,

v.                              Case No. 15-9130-JWL-JPO

UNIFIED GOVERNMENT OF
WYANDOTTE COUNTY/KANSAS CITY, KANSAS,
et al.,

           Defendants.

## ORDER APPROVING SETTLEMENT AND ALLOCATION OF PROCEEDS

NOW on this 31st day of July, 2017, the above-titled matter comes before the Court on the parties' Joint Motion To Approve Settlement. The Plaintiffs appear by and through their attorney, R. Bruce Kips. The Defendants appear by and through their counsel, Henry E. Couchman, Jr. and Mike McCauley.

The Court, having reviewed the Court file, exhibits presented, and heard statements of counsel, finds that the Settlement Agreement entered into by the parties is fair, just and equitable, and hereby approves the Settlement Agreement. Additionally, the Court has reviewed the proposed allocation of proceeds of this settlement as set out in Plaintiffs' exhibit, finds the allocation to be reasonable, and hereby approves the allocation of proceeds.

**IT IS SO ORDERED.**

_____

Julie A. Robinson
District Court Judge